443

No. 59939.—California Mill Supply Corp. *v.* United States, protests 23443–K and 42800–K (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

No. 59940.—Cohen & Mann *v.* United States, protests 231362–K and 227558–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cotton velveteen twill-back cloth, having a length of staple of the cotton contained therein of under 1⅛ inches, the claim of the plaintiff was sustained.

No. 59941.—Harper, Robinson & Co. *v.* United States, protest 265335–K (San Francisco).

Opinion by RAO, J. An examination of the official record disclosing no reason for disturbing the presumptively correct classification made by the collector, the protest was overruled.

No. 59942.—Baar & Beards, Inc., and Taub, Hummel & Schnall, Inc., et al. *v.* United States, protests 181953–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.